UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
ELIJAH SANFORD,

                 Plaintiff,

                                                MEMORANDUM AND ORDER
   -against-                                  07-CV-3946 (JS)

EDWARD REILLY, SHERIFF,

                 Defendant.
----------------------------------X
APPEARANCES:
For Plaintiff:       Elijah Sanford, Pro Se
                     71955-053
                     FCI Butner Medium II
                     Federal Correctional Institution
                     P.O. BOX 1500
                     Butner, NC  27509

For Defendants:      No Appearance

SEYBERT, District Judge:

        By Order dated January 11, 2008, the Court dismissed the Complaint with leave to amend by March 1, 2008. It appears from the docket that pro se Plaintiff Elijah Sanford did not receive the Court's January 11, 2008 Order. Accordingly, the Court grants Plaintiff one final opportunity to submit an Amended Complaint in accordance with this Court's January 11, 2008 Order. If Plaintiff fails to submit an Amended Complaint by December 12, 2008, the Complaint shall be dismissed with prejudice, and the case will be closed without further notice.

The Clerk of the Court is directed to send a copy of this Order and the Court's January 11, 2008 Order to Plaintiff by regular first class mail and by certified mail, return receipt requested.

SO ORDERED.

Joanna Seybert, U.S.D.J.

Dated: Central Islip, New York
October 10, 2008